UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**AMY BLEILE,**

        **Plaintiff,**

        v.                               Case No. 16-CV-28

**XURI PROPERTIES LLC,**

        **Defendant.**

---

## ORDER OF DISMISSAL

---

Based upon the stipulation of the parties (ECF No. 20), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 4th day of August, 2016.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge